**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KIM MARIE MORGAN,

     Plaintiff,

v.                                                                Case No. 8:24-CV-00754-KKM-NHA

EQUIFAX INFORMATION SERVICES
LLC, and PENTAGON FEDERAL
CREDIT UNION,

     Defendants.

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**PENTAGON FEDERAL CREDIT UNION**

COMES NOW Plaintiff, KIM MARIE MORGAN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, PENTAGON FEDERAL CREDIT UNION, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 6th day of May, 2024.

1

**/s/Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
Tennessee Bar#: 035859
The Consumer Lawyers PLLC
412 E. Madison St, Ste 916
Tampa, FL 33602
Cell: (844)855-9000
Facsimile: (844)951-3933
Frank@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 6th day of May, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Frank H. Kerney, III**
Frank H. Kerney, III, Esq.
Florida Bar #: 88672
*Attorney for Plaintiff*

2