**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KIM MARIE MORGAN**,

  Plaintiff,

                                        CASE NO.: 8:24-cv-00754-KKM-MHA

v.


**EQUIFAX INFORMATION**
**SERVICES LLC and PENTAGON**
**FEDERAL CREDIT UNION**


    Defendants.

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**EQUIFAX INFORMATION SERVICES LLC**

COMES NOW Plaintiff, KIM MARIE MORGAN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 23rd day of May, 2024.

1

> **/s/Octavio Gomez**
> Octavio "Tav" Gomez
> Florida Bar #:0338620
> Georgia Bar #: 617963
> Pennsylvania #: 325066
> The Consumer Lawyers PLLC
> 412 E. Madison St, Ste 916
> Tampa, FL 33602
> Cell: (813)299-8537
> Facsimile: (844)951-3933
> Primary Email:
> Tav@theconsumerlawyers.com
> Secondary Email:
> Lisa@theconsumerlawyers.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 23rd day of May, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

> **/s/Octavio Gomez**
> Octavio "Tav" Gomez
> Florida Bar #:0338620
> *Attorney for Plaintiff*

2